UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEON EDWARD LOPEZ et al.,<br><br>　　　　Defendants.<br>_____ | Case No. CR 06-00466 DDP<br><br>**ORDER GRANTING DEFENDANT LOPEZ'S MOTION IN LIMINE TO EXCLUDE 404(b) EVIDENCE**<br><br>[Motion filed on May 22, 2008] |

　　　This matter is before the Court on Defendant Deon Edward Lopez's Motion to Exclude Certain Evidence Pursuant to Federal Rule of Evidence 404(b). For reasons stated on the record, the Court grants the motion in part and denies the motion in part. The Court finds that evidence of the 2002 arrest in Kansas is inadmissible. The Court finds that the Government may offer evidence related to overt act #62 alleged in the indictment, provided that it otherwise satisfies the rules of evidence.

IT IS SO ORDERED.

Dated: June 18, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　　　United States District Judge